UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV22-00114-JAK (AS) | Date | June 16, 2022 |
|-----|---------------------|------|---------------|
| Title | *Jonathan Wayne James v. Howard Barron* | | |

Present: The Honorable  Alka Sagar, United States Magistrate Judge

| Alma Felix | Not reported |
|------------|--------------|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings (In Chambers):**     **ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

On February 24, 2022, the Court issued an Order dismissing Plaintiff's Complaint with leave to amend. (Dkt. No. 8). Plaintiff was directed to file a First Amended Complaint within thirty days of the Court's Order. Id., at 9. Plaintiff was "explicitly cautioned that failure to timely file a Second Amended Complaint may result in a recommendation that this action, or portions thereof, be dismissed with prejudice for failure to prosecute and/or failure to comply with court orders. See Fed. R. Civ. P. 41(b)." Id., at 10. When Plaintiff filed a notice of change of address on March 30, 2022, (dkt. no. 9), the Court issued an Order granting Plaintiff additional time – to May 2, 2022 – to file a First Amended Complaint. (Dkt. No. 10). On May 3, 2022, the Court granted Plaintiff's request, filed on May 2, 2022, for additional time to file a First Amended Complaint to June 2, 2022. (Dkt. No.14). On May 12, 2022, Plaintiff filed another motion for extension of time which the Court denied as moot, given its May 3, 2022 Order directing Plaintiff to file an amended complaint no later than June 2, 2022. (Dkt. No. 16).

To date, Plaintiff has failed to file a First Amended Complaint or seek an extension of time to do so. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE, in writing, no later than July 18, 2022**, why this action should not be dismissed with prejudice for failure to prosecute. This Order will be discharged upon the filing of a First Amended Complaint that complies with the Court's February 24, 2022 Order or upon the filing of a declaration under penalty of perjury stating why Plaintiff is unable to file a First Amended Complaint.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | CV22-00114-JAK (AS) | Date | June 16, 2022 |
|-----|---------------------|------|---------------|
| Title | *Jonathan Wayne James v. Howard Barron* | | |

A copy of the Court's Orders, dated February 24, 2022,  May 3, 2022, and May 17, 2022 (Dkt. Nos. 8, 14, 16), are attached for Plaintiff's convenience.

If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1).  A notice of dismissal form is attached for Plaintiff's convenience.  <u>Plaintiff is warned that a failure to timely respond to this Order will result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders</u>.

IT IS SO ORDERED.

cc:    John A. Kronstadt
       United States District Judge

| | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | AF | |