## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV22-00114-JAK (AS) | Date | November 30, 2022 |
|---|---|---|---|
| Title | Jonathan Wayne James v. Howard Barron, et. al., | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE FAILURE TO SUBMIT SIGNED USM-285 FORMS**

On August 10, 2022, Plaintiff filed a First Amended Complaint, pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Nrcotics, 403 U.S. 388 (1971), naming as Defendants, Howard Barron and "unknown staff name (medical staff) and unknown staff name (psychology staff)." (Dkt. No. 20). On August 29, 2022, the court issued an Order Re: Service of Process by U.S. Marshal directing plaintiff to complete and to return to the Clerk of the Court a USM-285 form for each of the three defendants named in the complaint and to file a Notice of Submission indicating that the completed USM-285 Forms have been provided to the Clerk of the Court. (Dkt. Nos. 23-24). On September 19, 2022, Plaintiff filed a "Notice of Submission of Documents to Court Clerk for Forwarding to the United States Marshal." (Dkt. No. 30). However, because the USM-285 forms listed defendants as "unnamed medical staff member" and "unnamed psych staff," (see Dkt. No. 30 at 4-5), they could not be properly served. On September 20, 2022, the Court issued an order authorizing Plaintiff to conduct limited discovery, pursuant to Federal Rule of Civil Procedure 31, to determine the identities of the defendants named as "unknown" medical staff member and psychology staff member. (Dkt. No. 32). Plaintiff was directed to resubmit the USM-295 forms listing the first and last names of the defendants designated as "unknown medical staff and unknown psychology staff "and the street address where they may be served, no later than forty-five (45) days from the date of the Court's Order. Id., at 4.

As of this date, Plaintiff has failed to submit the completed forms or the Notice of Submission. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE**, in writing, no later than **December 30, 2022**, why this action should not be dismissed for failure to prosecute this action and obey Court orders by completing and signing the USM-285 forms for service of the Complaint on the two defendants designated as "unknown medical staff member" and "unknown psychology staff member." This Order to Show Cause may be discharged by the filing of the Notice of Submission,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV22-00114-JAK (AS) | Date | November 30, 2022 |
|---|---|---|---|
| Title | Jonathan Wayne James v. Howard Barron, et. al., | | |

with completed and signed USM-285 forms, by no later than **December 30, 2022.**

    The Clerk is directed to attach to this Order a copy of the Court's Order authorizing discovery of "Doe" Defendants, dated September 20, 2022 (Dkt. No. 32), and to provide Plaintiff with USM-285 forms, copies of the Orders Directing Service (Dkt. Nos. 23-24) and a form Notice of Submission.

    If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal of this action as to all or certain defendants without prejudice. See Fed. R. Civ. P. 41(a). A notice of dismissal form is attached for Plaintiff's convenience.

    Plaintiff is warned that a failure to timely respond to this Order will result in a recommendation that this action be dismissed for failure to serve defendants who are not named and failure to obey court orders. See Fed. R. Civ. P. 41(b).

    IT IS SO ORDERED.

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | AF |