1

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**

8

**CENTRAL DISTRICT OF CALIFORNIA**

9

10

JOHNATHAN WAYNE JAMES,

Case No. EDCV 22-0114-JAK (AS)

11

Plaintiff,

**ORDER ACCEPTING FINDINGS,**

12

v.

**CONCLUSIONS AND RECOMMNEDATIONS OF**

13

HOWARD BARRON, et, al.,

**UNITED STATES MAGISTRATE JUDGE**

14

15

Defendants.

16

17

Pursuant to 28 U.S.C. section 636, the Court has reviewed the

18

First Amended Complaint, all of the records herein, and the Report

19

and Recommendation of a United States Magistrate Judge to which no

20

objections were filed. Accordingly, the Court concurs with and

21

accepts the findings and conclusions of the Magistrate Judge in

22

the Report and Recommendation.

23

24

**IT IS ORDERED** that Judgment shall be entered dismissing this

25

action with prejudice.

26

27

28

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Magistrate Judge's Report and Recommendation on Plaintiff.

DATED: March 17, 2023

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE