JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHAN WAYNE JAMES,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>HOWARD BARRON, et, al.,<br><br>　　　　　　Defendants. | Case No. EDCV 22-0114-JAK (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the above-captioned case is dismissed with prejudice.

DATED: March 17, 2023

　　　　　　　　　　　　　　　　　/s/ John A. Kronstadt
　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JOHN A. KRONSTADT
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE